DIRK BOER and Another, Copartners, etc., Appellants, v. MARCELINO GARCIA, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS SCHULMAN, Appellant, v. WESTERN SHADE CLOTH COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM H. TIERNAN, Respondent, v. DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE T. HORTON and Others, Individually and as Trustees of the Estate of HORACE E. HORTON, Deceased, Doing Business under the Name and Style of CHICAGO BRIDGE AND IRON WORKS, Respondents, v. WILLIAM H. REYNOLDS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AUGUST W. RABE, Respondent, v. PERDAF REALTY CORPORATION, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROBERT GANS, Respondent, v. WATER COLOR CO., INC., and Another, Defendants, Impleaded with AMERICAN MULTI-COLOR CORPORATION and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABBEY PRINTSHOP, INC., v. EGGERS, INC.— Motion granted upon condition that appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANTON A. BURDICK v. JOHN J. HANLEY, as Warden, etc.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BIRD S. COLER, as Commissioner of Public Welfare of the City of New York, on Complaint of EMMA BAUMBACH v. IRVING C. LENTON.— Preference granted for April 29, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THOMAS W. MILLER, as Alien Property Custodian, etc., v. JOSEPH LAUTENBURG. — Preference granted for May 6, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOSEPH SUCHANEK, an Infant, etc., v. HENRY C. FISCHER. MARY SUCHANEK v. HENRY C. FISCHER.— Preference granted for May 6, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HANNAH TRASHANSKY, as Administratrix, etc., v. SAM HERSHKOVITZ and Others.— Preference granted for May 6, 1924. Respondent's brief to be filed promptly. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOHN L. LYTTLE, as Trustee, etc., v. SIMON BRINN and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HUDSON AND MANHATTAN RAILROAD COMPANY v. HENRY MOSS & CO., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.